RE: Maria Del Rosario De Armas                                                                    Case # 22-17830 RAM

**<u>TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)</u>**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 10/21/22

✓ Tax returns: 2020-2021          Corporate Tax Returns:

✓ Photo ID/SS card - Legible/Unredacted   ✓ LF 90      ✓ LF 67      LF 10

  Plan does not fund properly

  Calculation errors      Missing months/amounts      Inconsistent terms      Plan form completed incorrectly

  Attorney fee itemization or Fee Application needed (see court guideline 6)

  Missing 2016(B)                              ✓ Missing Attorney's Declaration & 341 Written Quest.

  Other provisions:     IVL          100%      Lawsuit      Gambling      MMM

  Reaffirm, redeem or surrender Sch D or G creditor:

  MMM Motion not filed     Valuation motion not filed          Lien Avoidance Motion not filed

  Priority debt on Schedule E not in plan:

  Creditor in Plan is not listed in Schedules or has not filed a POC:

  Creditor paid through the Plan has not filed a POC:

  Object or Conform to Proof of Claim:     Miami-Dade County     Tax Certificate (DE#   )     Dept of Revenue

    IRS

  OTHER PLAN ISSUES:




  Real Estate FMV and Payoff:

  Non-Homestead Information Sheet:

✓ Vehicles FMV (NADA/Carmax), Reg and Payoff:

  Other:

✓ Bank Account Statements ✓ 3 months pre-petition




  Copy of check(s) and/or explanation:

  Explanation of withdrawal(s):

✓ 401K/Retirement/Pension                Annuity                Life Insurance Policy

  Domestic Support Obligation form complete with info: name, address and phone

✓ Wage deduction order or Motion to waive

  BDQ & attachments           Profit/loss     Balance Sheet

  Business Bank statements and checks     3 months pre-petition




✓ Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was     served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*