# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

**CASE NO.:  22-17830-BKC-RAM**
PROCEEDING UNDER CHAPTER 13

IN RE:

MARIA DEL ROSARIO DE ARMAS

DEBTOR_____/

### NOTICE OF DELINQUENCY

    **PLEASE TAKE NOTICE** the above-referenced Debtor is delinquent in Confirmed Chapter 13 Plan Payments in the amount of **$416.00**.

    The Debtor shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD**, in the form of a money order or cashier's check only. Payments must be sent to:

        NANCY K. NEIDICH, ESQUIRE
        STANDING CHAPTER 13 TRUSTEE
        P.O. BOX 2099
        MEMPHIS, TN  38101-2099

    If the Chapter 13 Trustee ("Trustee") does not receive all payments by **August 4, 2024** to bring the Debtor totally current under the Confirmed Plan/Modified Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee may file and serve a Report of Non-Compliance.

    As a result of the Debtor failure to become current or timely file a Motion to Modify, the case shall be dismissed without further notice or hearing.

    **I HEREBY CERTIFY** that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 20th day of June 2024.

        */s/ Nancy K. Neidich*
        NANCY K. NEIDICH, ESQUIRE
        STANDING CHAPTER 13 TRUSTEE
        P.O. BOX 279806
        MIRAMAR, FL  33027-9806

NOTICE OF DELINQUENCY
CASE NO.:  22-17830-BKC-RAM

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
MARIA DEL ROSARIO DE ARMAS
14405 SW 252ND ST
HOMESTEAD, FL  33032-5316

**ATTORNEY FOR DEBTOR**
JOSE BLANCO, ESQUIRE
102 E 49TH ST
HIALEAH, FL  33013